**Carenet Health**
Engaging. For the better.

11845 IH 10 West
Suite 400
San Antonio, TX 78230

| Pay Statement | |
| --- | --- |
| Period Start Date | 03/28/2021 |
| Period End Date | 04/10/2021 |
| Pay Date | 04/16/2021 |
| Document | 232528 |
| Net Pay | $1,031.16 |

## Pay Details

| | | | | |
| --- | --- | --- | --- | --- |
| Bernadette Denise Dickerson | Employee Number | 010525 | Pay Group | Hourly MS |
| 5060 Woodley Road | SSN | XXX-XX-8221 | Location | Alabama |
| Montgomery, AL 36116 | Job | Scheduler | Department | MSEN - Member Services Engagemen |
| USA | Pay Rate | $11.0000 | | |
| | Pay Frequency | Biweekly | Job Function | PROD - Production |

## Earnings

| Pay Type | Hours | Current | YTD |
| --- | --- | --- | --- |
| CA SVC WE SDIF | 18.1900 | $45.48 | $86.46 |
| Co OT | 5.1700 | $29.73 | $50.00 |
| Overtime | 5.1700 | $56.87 | $95.92 |
| Quality Bonus | | $180.92 | $180.92 |
| Regular Pay | 76.7700 | $844.47 | $2,818.97 |

Total Hours  81.9400

## Deductions

| | | Employee | | Employer | |
| --- | --- | --- | --- | --- | --- |
| Deduction | Pre-Tax | Current | YTD | Current | YTD |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Employee Medicare | $16.79 | $46.87 |
| Social Security Employee Tax | $71.76 | $200.40 |
| AL State Income Tax | $37.76 | $82.01 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxx5636 | Checking | $1,031.16 |
| Total | | $1,031.16 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $1,157.47 | $1,157.47 | $126.31 | $0.00 | $1,031.16 |
| YTD | $3,232.27 | $3,232.27 | $329.28 | $0.00 | $2,902.99 |