UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **BERNADETTE DICKERSON, ROBERTA ARMIJO, and MARLENE GUTIERREZ**, individually, and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**CARENET – INFOMEDIA GROUP, INC.,** d/b/a **CARENET HEALTHCARE SERVICES**<br><br>　　　　　Defendant. | Case No. 5:22-cv-00197-JKP |

### AMENDED PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS/COLLECTIVE ACTION SETTLEMENT AND OTHER RELATED RELIEF

As reflected in the previously filed "Joint Stipulation of Class Action Settlement," *see* ECF No. 11-1 and Exhibit A to the Memorandum of Law in Support of this Motion, the Parties have agreed to settle this lawsuit on behalf of the putative class/collective members for $684,375. As discussed herein, approval of the settlement is warranted under 29 U.S.C. 216(b) of the FLSA and Fed. R. Civ. P. 23.

On August 19, 2022, the Court granted preliminary approval of the Parties' settlement, and on September 16, 2022 the Settlement Administrator mailed the court-approved Notice Packets to the Class Members. The response from the Class Members has been overwhelmingly positive. Of the 5,689 Notice Packets mailed, just 22 Class Members have requested to be excluded and 0 Class Members have objected to the settlement.

As explained in the Preliminary Approval Memorandum (ECF No. 11), the Motion and Memorandum for Approval of Class Counsel's Fees, Litigation Expenses, and Class

Representative Service Awards (ECF No. 17), and the attached Memorandum in Support of Final Approval, the Parties' settlement represents an outstanding recovery for the Class Members.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Respectfully submitted,

Dated: November 23, 2022

/s Kevin J. Stoops
Kevin J. Stoops
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
kstoops@sommerspc.com

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, thereby serving all counsel of record.

/s Kevin J. Stoops
Kevin J. Stoops
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
kstoops@sommerspc.com